UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT FERRO, ) | |
| ) | |
| Petitioner, ) | Case No. CV 13-1696 TJH (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| ERIC HOLDER, ATTORNEY GENERAL ) | RECOMMENDATION OF |
| OF THE UNITED STATES OF ) | MAGISTRATE JUDGE |
| AMERICA, ) | |
| Respondent. ) | |
| _____ ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: August 6, 2013

_____
Terry J. Hatter, Jr.
United States District Judge