UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT FERRO,                       )
                                    )
       Petitioner,              )    Case No. CV 13-1696-TJH (AJW)
                                    )
  v.                                )
                                    )    JUDGMENT
ERIC HOLDER, ATTORNEY GENERAL       )
OF THE UNITED STATES OF             )
AMERICA,                            )
                                    )
       Respondent.              )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 6, 2013

_____
Terry J. Hatter, Jr.
United States District Judge